Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BUTROS A. NASRAH dba EDEN PLAZA CAFE & CATERING; OAK STREET HOUSING, L.P.;<br><br>　　　　Defendants. | Case No. 3:17-cv-04171-JD<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Francisca Moralez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including November 20, 2017 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Date: October 19, 2017				MISSION LAW FIRM, A.P.C.

						*/s/ Zachary M. Best*
						Zachary M. Best
						Attorney for Plaintiff,
						Francisca Moralez