Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BUTROS A. NASRAH dba EDEN PLAZA CAFE & CATERING; OAK STREET HOUSING, L.P.;<br><br>　　　　Defendants. | Case No. 3:17-cv-04171-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 20, 2017                     MISSION LAW FIRM, A.P.C.


                                                        */s/ Zachary M. Best*
                                                        Zachary M. Best
                                                        Attorney for Plaintiff,
                                                        Francisca Moralez